U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 2 3 2015

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL SHARP and
DEBBIE SHARP, Husband and Wife          PLAINTIFFS

VS.                                     NO. 15-3017 TLB

RUAN INCORPORATED                       DEFENDANT

## PETITION FOR REMOVAL

COMES NOW, the Defendant, RUAN INCORPORATED, in this cause, who petitions this Court for removal of this cause, and would show the following:

1. That on February 23, 2015, an action was commenced in the Circuit Court of Boone County, Arkansas, styled *Michael Sharp and Debbie Sharp, Husband and Wife v. Ruan Incorporated*, and was assigned the docket number 05CV-15-37-1. A true and correct copy of all process and pleadings filed with the Circuit Clerk of Boone County are attached hereto as Exhibit "A".

2. That the above-described action is a civil action which may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. §1441(a), in that it is a civil action wherein the alleged amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. The action is, thus, one in which this Court would have diversity jurisdiction pursuant to 28 U.S.C. §1332 and 28 U.S.C. §2201.

3. That plaintiffs allege personal injuries and related compensatory damages as the result of the defendant's alleged negligence.

4. That removal of this cause is timely, since the Defendant was served with process on March 2, 2015, which was the first notice of this cause.

5. That the Plaintiffs are citizens of the State of Arkansas, residing in Boone County, Arkansas. The Defendant is a foreign corporation, incorporated in the State of Iowa, and authorized to do business in the State of Arkansas. Thus, complete diversity exists in this cause.

6. That prompt notice of this removal has been given to the Circuit Court of Boone County, Arkansas, by the filing of the Notice of Removal which is attached hereto, and by giving written notice to counsel for the plaintiffs

WHEREFORE, defendant RUAN INCORPORATED, prays that the above action now pending in the Circuit Court of Boone County be removed therefrom to this Court.

Respectfully submitted,

Laser Law Firm, P.A.
101 S. Spring Street, Suite 300
Little Rock, AR 72201-2488
(501) 376-2981

By: _____
KEITH M. McPHERSON (91194)
kmcpherson@laserlaw.com

## VERIFICATION

I, Keith M. McPherson, hereby state under oath that the statements set forth in the foregoing Petition are true and correct to the best of my knowledge, information, and belief.

_____
KEITH M. McPHERSON

2

STATE OF ARKANSAS
COUNTY OF Pulaski

SUBSCRIBED AND SWORN to before me, the undersigned Notary Public, on this 20 day of March, 2015.



_____
NOTARY PUBLIC
My Commission Expires: 2/21/2017

### CERTIFICATE OF SERVICE

I, Keith M. McPherson, hereby certify that a copy of the above and foregoing pleading has been served on all attorneys of record as listed below this 20 day of March, 2015.

Mr. Jerry D. Patterson
Patterson Law Firm, P.A.
P.O. Drawer 629
Marshall, AR 72650

_____
KEITH M. McPHERSON

3