```
                                              05CV-15-037-1
        IN CIRCUIT COURT OF BOONE COUNTY, ARKANSAS RECORD
                   \ DIVISION      02/23/2015   2:18PM
                                   RHONDA WATKINS Clerk
                                   Boone County, Arkansas
```

MICHAEL SHARP AND DEBBIE SHARP,                By _____ D.C.
HUSBAND AND WIFE                                            PLAINTIFFS

VS.                      NO. 05CV-15-37-1

RUAN INCORPORATED                                           DEFENDANT

### COMPLAINT

Comes now the plaintiffs, Michael Sharp and Debbie Sharp, by and through their lawyer, Jerry D. Patterson, and for their cause of action against the defendant, Ruan Incorporated, and states:

### JURISDICTION AND VENUE

1. That the Plaintiffs are citizens and residents of Boone County, Arkansas and were at all times herein mentioned and set forth.

2. That the Defendant, Ruan Logistic Corporation ("RUAN"), is a corporation, existing under the laws of the State of Iowa, and, is in good standing, whose agent for service is:

>   The Corporation Company
>   124 West Capitol Avenue
>   Little Rock, AR 72201

3. That the incident which caused the herein after mentioned injuries occurred in Boone County, Arkansas.

4. That the court has jurisdiction over the parties and subject matter of this cause of action.

### FACTS SUPPORTING RELIEF

5. That prior to and on the date of the accident herein complained of Eric Ramsey was an agent, servant and employee of "RUAN." That as an agent, servant and employee of defendant, the negligence of Eric Ramsey, commented in the course of his employment, is imputed to this defendant.

6. That prior to and on or about December 15, 2013, the defendant was the owners of semi-trucks used to transport turkey poults through out Northwestern and Central Arkansas.

7. That prior to and on or about December 15, 2013, the defendant had entered into and were under contract with BUTTERBALL, LLC ("BUTTERBALL"), to transport turkey poults from its facilities at Green Forest, Arkansas, to growers with whom BUTTERBALL had contracts to receive and grow the young turkeys to maturity.

8. That "BUTTERBALL" is the owner of the specially constructed trailers used and possessed by defendant to transport the turkey poults to growers.

9. That prior to and on or about this date, plaintiffs were the owners of growing facilities ("WINDY HILL FARMS") in Boone County, Arkansas, and were under contract with BUTTERBALL to receive and grow its turkey poults.

10. That during the week of December 8, 2013, a rain began in northwest Arkansas, the temperature dropped below freezing and ice began to accumulate on anything that was exposed to the elements.

11. As plaintiffs are informed and believe, the trailers used to transport the turkey poults were parked at an open area and not protected from the elements.

12. As plaintiffs are informed and believe, defendant, on December 15th, 2013, had actual knowledge that dangerous amount of ice accumulated on the top of the trailers to be used in the transport of the turkey poults to the growers.

13. As plaintiffs are informed and believe, defendant, on December 15th, 2013, had an opportunity to inspect the top of its trailers for ice accumulation before moving the turkey poults.

14. One of the trailers being loaded at the "BUTTERBALL" facility, was being pulled by a tractor operated by Eric Ramsey.

15. That at or about 10:30 a.m., December 15, 2013, Eric Ramsey arrived at WINDY HILL FARMS to deliver the "BUTTERBALL" turkey poults to plaintiffs. At this same time, plaintiff, Debbie Sharp, was present to help usher the poults into the growing barn after they had been unloaded.

16. Unknown to plaintiff, Debbie Sharp, the top of this trailer was covered with a heavy accumulation of ice.

17. That as Eric Ramsey was operating the controls to tilt the trailer and unload the birds, a large and heavy sheet of ice slid from the top of the trailer and struck plaintiff, Debbie Sharp, causing her substantial and serious injuries.

18. That at the time of plaintiff's, Debbie Sharp, injuries Eric Ramsey was in total control of the trailer and its mechanisms during the unloading operation.

19. That at the time of plaintiff's, Debbie Sharp, injuries Eric Ramsey was acting within the scope and capacity of his employment with defendant, Ruan Incorporated.

20. From the size and thickness of the ice sheet that struck plaintiff, Debbie Sharp, plaintiffs believe that the ice had been accumulating on the trailer for several days prior to this incident.

21. That the sole and proximate cause of said incident and resulting damages herein complained of, was the negligent, careless, and reckless conduct of the defendant's, agent, servant, and employee, Eric Ramsey, in disregard of the rights of others, consisting of, but not limited to:

(1) Failure to keep a proper look out so as to be aware of the rights of others;

(2) Failing to exercise ordinary care under the existing circumstances;

(3) Failing to exercise ordinary care for his own safety and the safety of others;

## *RELIEF SOUGHT*

22. That as a proximate result of the ice sliding from defendant's trailer, plaintiff, Debbie Sharp, sustained painful and permanent personal injuries requiring extensive medical treatment. That plaintiff, Debbie Sharp, has incurred expense for treatment of her injuries and will continue to incur medical expense in the future; that plaintiff, has sustained enormous pain and suffering as a result of her injuries and will continue to suffer pain in the future.

23. That as a result of the injuries, plaintiff, Debbie Sharp suffered temporarily total disabled. That she is now and will suffer permanent partial disability in the future.

24. That as a result of the injuries, plaintiff, Debbie Sharp, is no longer able to fully attend to duties of operating WINDY HILL FARMS with her husband. Further, as a result of the pain and restrictions caused by these injuries, she is limited in her ability to properly clean and maintain the family home as well as attend to the usual duties expected of home maker or to attend to her association with her husband as was the manner prior to these injuries.

25. That as a result of the above described incident, plaintiff, Michael Sharp has sustained damage for the loss of service, society, companionship, association, and marriage relationship with his wife, plaintiff, Debbie Sharp.

*WHEREFORE*, plaintiffs, Michael Sharp and Debbie Sharp, each pray judgment against the defendant, Ruan Logistics Corporation, in an amount of damages adequate to compensate them for the injuries they sustained as a result of said accident. Which amount is greater than that required for Federal Court jurisdiction in diversity of citizenship cases. *FURTHER*, they seek a trial by jury.

*MICHAEL SHARP AND DEBBIE SHARP,*
*HUSBAND AND WIFE*

BY: /s/ Jerry Patterson
JERRY D. PATTERSON
ATTORNEY AT LAW
P.O. DRAWER 620
MARSHALL, AR 72650
(501) 448-5112
pattersonlawfirm01@yahoo.com