IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**MICHAEL SHARP AND DEBBIE SHARP**                                   **PLAINTIFFS**

   **VS.**                           **CASE NO. 3:15-CV-3017**

**RUAN LOGISTICS CORPORATION**                                   **DEFENDANT**

**AFFIDAVIT**

**STATE OF ARKANSAS**

**COUNTY OF SEARCY**

   I, Jerry D. Patterson, attorney for the Plaintiff, do hereby state and declare:

   1. That on the 30th day of March, 2016, in accordance with Rule 4 (d) (8) of the Arkansas Rules of Civil Procedure, I did mail by Certified Mail/Restricted Delivery, return receipt requested enclosing a copy of the Order issued in this matter, dated March 29, 2016, to Mr. Lee Douglas, Agent for Service for Arkansas Blue Cross Blue Shield, P.O. Box 2181, Little Rock, AR 72203.

   2. That on or about April 7, I did receive the return card from Mr. Lee Douglas. That the return card is signed by A. Sanders (ABCBS), and dated April 5, 2016. , a copy of said card is attached hereto, marked exhibit "A" and made a part hereof as if set out herein word for word.)

   3. That on April 5, 2016, Trover Solutions, sent a letter to Plaintiff's attorney advising that it has agreed to foregoing asserting its subrogation/reimbursement claim in this matter. (A copy of this letter is attached hereto and marked exhibit "B" and made a part hereof.)

   3. That I make this Affidavit pursuant to Rule 7, (d) of the Arkansas Rules of Civil Procedure.

                                     /*S/ Jerry D. Patterson*
                                     JERRY D. PATTERSON
                                     ATTORNEY AT LAW
                                     P.O. DRAWER 629
                                     MARSHALL, AR 72650
                                     (870) 448-5112

## CERTIFICATE OF SERVICE

     I, Jerry D. Patterson, attorney for Plaintiff, do hereby certify that a copy of the foregoing instrument was mailed to Keith McPherson, Watts Donovan & Tilley, 200 River Market Avenue, Suite 200, Little Rock, AR 72201-1769, with sufficient postage to insure deliver this 7th day of April, 2016.

                                            */s/ Jerry D. Patterson*
                                            JERRY D. PATTERSON